**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

No. 13-7653

OTAGWYN BROWN,

                    Plaintiff - Appellant,

          v.

DR. MICHAEL JONES,

                    Defendant - Appellee.

Appeal from the United States District Court for the District of Maryland, at Baltimore.  Ellen L. Hollander, District Judge. (1:13-cv-02211-ELH)

Submitted:  February 20, 2014      Decided:  February 26, 2014

Before DUNCAN, DIAZ, and FLOYD, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Otagwyn Brown, Appellant Pro Se.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Otagwyn Brown appeals the district court's order dismissing his 42 U.S.C. § 1983 (2006) complaint under 28 U.S.C. § 1915(e)(2)(B) (2012). We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. Brown v. Jones, No. 1:13-cv-02211-ELH (D. Md. Sept. 3, 2013). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

AFFIRMED